THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Donnie Shealy,       
Appellant,
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2003-UP-555
Submitted July 15, 2003  Filed September 
 26, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, 
 of Columbia; for Appellant.
Deputy Director for Legal Services 
 Teresa A. Knox, Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, 
 and S.C. Dept. of Probation, Parole and Pardon Services, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Donnie Shealy appeals from 
 his probation revocation, arguing his right to due process was violated because 
 he was not provided a preliminary hearing.  Shealys counsel attached to the 
 brief a petition to be relieved as counsel, stating that he had reviewed the 
 record and concluded this appeal lacks merit.  Shealy submitted a separate pro 
 se letter to the court complaining that his attorney was not handling 
 his case properly by following Anders v. California, 386 U.S. 738 (1967).  
 After a thorough review of the record, Shealys pro se letter, 
 and counsels brief pursuant to Anders, 386 U.S. 738, and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Shealys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNER and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.